IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. DANIEL J. LAGERMEIER, Defendant. | CIVIL ACTION FILE NO. CV 01-318 RHK/JMM |

# JUDGMENT AS TO DEFENDANT DANIEL J. LAGERMEIER

Defendant Daniel J. Lagermeier ("Defendant") having (i) entered a general appearance; (ii) consented to the Court's jurisdiction over Defendant and the subject matter of this action; (iii) without admitting or denying the allegations of the Complaint, except as to jurisdiction, which is admitted, consented to entry of this Judgment without further notice; (iv) waived findings of fact and conclusions of law; and (v) waived any right to appeal from this Judgment, it is now

**ORDERED, ADJUDGED AND DECREED** that Defendant, and Defendant's officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of this Judgment, are permanently restrained and enjoined from: violating **Section 10(b) of the Securities Exchange Act of 1934** (15 U.S.C. §78j(b)) and **Rule 10b-5** thereunder (17 C.F.R. §240.10b-5), directly or indirectly, as principals or aiders and abettors, by the use of any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security, (1)

5

FEB 22 2001

FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD FEB 22 2001
DEPUTY CLERK

employing any device, scheme or artifice to defraud, (2) making any untrue statement of a material fact or omitting to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading, or (3) engaging in any act, practice or course of business which operates or would operate as a fraud or deceit upon any person;

**ORDERED, ADJUDGED AND DECREED** that Defendant is liable for disgorgement of $39,812.50 plus prejudgment interest in the amount of $9,202.25, representing profits gained as a result of the conduct alleged in the Complaint. Defendant shall satisfy this obligation by paying $49,014.75 by bank cashier's check, certified check, or United States Postal money order within 10 business days to the Clerk of this Court, together with a letter specifying that payment is made pursuant to this Judgment. Defendant shall simultaneously transmit photocopies of such payment and letter to the SEC's counsel in this action. The Clerk shall hold these funds in the Registry, in an interest-bearing account, pending further order. By making this payment, Defendant relinquishes all legal and equitable right, title and interest in such funds, and no part of the funds shall be returned to Defendant;

**ORDERED, ADJUDGED AND DECREED** that Defendant pay a civil penalty of $39,812.50 pursuant to Section 21A of the Securities Exchange Act of 1934 (15 U.S.C. §78u-1). Defendant shall satisfy this obligation by paying $39,812.50 within 10 business days to the Comptroller of the SEC, together with a letter specifying that payment is made pursuant to this Judgment. Defendant shall simultaneously transmit photocopies of such payment and letter to the SEC's counsel in this action. Such payment shall be: (a) made by United States Postal money order, certified check, bank cashier's check or bank money order; (b) made payable to the Securities and Exchange Commission; and (c) hand-delivered or mailed to the Comptroller, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Stop 0-3, Alexandria , VA 22312. The SEC shall forward such funds to the U.S. Treasury. There being no just reason for delay, the Clerk is ordered to enter this Judgment forthwith and without further notice; and

**ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction of this matter for all purposes.

Dated: 2/22, 2001

UNITED STATES DISTRICT JUDGE