IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL J. LAGERMEIER,<br><br>Defendant. | CIVIL ACTION<br>FILE NO. C 01-318 RHK/JMM |

**Order of Distribution of Disgorged Funds**

The Court, having reviewed Plaintiff Securities and Exchange Commission's Motion for an Order of Distribution of Disgorged Funds, hereby orders that the Clerk of the Court issue and mail checks to parties in amounts reflected in the attached Exhibit A within 5 days of the date of this order.

Hon. Richard H. Kyle

Date: ~~March~~ April 2, 2001

FILED APR 04 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Exhibit A

| | |
|---|---|
| Flash Trading, LLC.<br>440 S. LaSalle St., Suite 700<br>Chicago, IL 60604<br>Tax ID 36-4142545 | $8,294.80 |
| Lakota Trading, Inc.<br>Attn. Kenneth F. Koehn<br>401 S. LaSalle St., Suite 200<br>Chicago, IL 60605<br>Tax ID 36-3392281 | $8,294.80 |
| JRO Trading, L.L.C.<br>440 S. LaSalle St., Suite 3100<br>Chicago, IL 60605<br>Tax ID 36-4348691 | $8,294.80 |
| John Kennedy<br>c/o First Options of Chicago, Inc.<br>440 S. LaSalle St., Suite 700<br>Chicago, IL 60605<br>Soc. Sec. # 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 | $7,540.75 |
| Lanny Brooks<br>c/o Brave Sky Trading<br>440 S. LaSalle St., Suite 611<br>Chicago, IL 60605<br>Soc. Sec. # 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 | $8,294.80 |
| Sallerson-Troob, L.L.C.<br>440 S. LaSalle St., Suite 2110<br>Chicago, IL 60605<br>Tax ID 36-4052401 | $8,294.80 |